# Court of Appeals
# of the State of Georgia

ATLANTA,   May 10, 2012

*The Court of Appeals hereby passes the following order:*

**A12A1699.  RAHEEM JACKSON v. THE STATE.**

Raheem Jackson seeks to appeal the trial court's November 22, 2011 order denying his motion in arrest of judgment.  His notice of appeal, however, was not filed until 50 days later on January 11, 2012.  OCGA § 5-6-38 (a) requires that a notice of appeal be filed within 30 days of entry of the judgment on appeal.  The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction upon this Court. *Couch v. United Paperworkers Intern. Union*, 224 Ga. App. 721 (482 SE2d 704) (1997).  Because Jackson did not file a notice of appeal within 30 days of entry of the trial court's order, his appeal is DISMISSED for lack of jurisdiction.[1]



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 05/10/2012
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*

---

[1] Jackson styled his notice of appeal a "Notice of Out-of-Time Appeal."  A request for an out-of-time appeal, however, is properly directed to the trial court.  See *Bodiford v. State*, 238 Ga. App. 531, 532 (517 SE2d 356) (1999) (entitlement to out-of-time appeal is factual determination for trial court).